AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

ALIAS **SUMMONS IN A CIVIL CASE**

RAMONA TARA HENDRICKS

V.

KUNSTLINGER & WOHLGEMUTH, PLLC

CASE NUMBER: 1:15-cv-04784

ASSIGNED JUDGE: Hon. Edmond E. Chang

DESIGNATED
MAGISTRATE JUDGE: Hon. Susan Cox

TO: (Name and address of Defendant)

Joseph Kunstlinger, Individually
d/b/a Kunstlinger & Wohlgemuth PLLC
235 N. Main, #2
Springvalley, NY 10977

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Matthew H. Hector
Sulaiman Law Group, Ltd.
900 Jorie Boulevard, Suite 150
Oak Brook, Illinois 60523

an answer to the complaint which is herewith served upon you, within _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.Thom

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

THOMAS G. BRUTON, CLERK

THOMAS G. BRUTON, CLERK
(By) DEP
(By) DEPUTY CLERK



DATE
August 26, 2015

DATE

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of Illinois

Case Number: 1:15-CV-04784

Plaintiff:
**RAMONA TARA HENDRICKS**

vs.

Defendant:
**KUNSTLINGER & WOHLGEMUTH, PLLC**

For:
Matthew Hector Esq.
Sulaiman Law Group, Ltd.
900 Jorie Boulevard
Suite 150
Oak Brook, IL 60523

Received by R.O.S. Consulting, Inc. on the 31st day of August, 2015 at 4:28 pm to be served on **JOSEPH KUNSTLINGER, INDIVIDUALLY d/b/a KUNSTLINGER & WOHLGEMUTH PLLC, 235 NORTH MAIN STREET, SUITE 2, SPRING VALLEY, NY 10977**.

I, Dena Cutler, do hereby affirm that on the **8th day of September, 2015** at **2:45 pm**, I:

served an **AUTHORIZED** entity by delivering a true copy of the **ALIAS SUMMONS IN A CIVIL CASE, AMENDED COMPLAINT FOR RELIEF PURSUANT TO THE TELEPHONE CONSUMER PROTECTION ACT - JURY TRIAL DEMANDED AND EXHIBITS A THROUGH E**, to: **DINI COHN** as **PARALEGAL** at the address of: **235 NORTH MAIN STREET, SUITE 2, SPRING VALLEY, NY 10977**, who stated they are authorized to accept service for **JOSEPH KUNSTLINGER, INDIVIDUALLY**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: WHITE, Height: 5'-1", Weight: 140, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action. Under penalties of perjury, I declare I have read the foregoing document and the facts stated are true.

Dena Cutler

R.O.S. Consulting, Inc.
23900 INDUSTRIAL DRIVE
Suite 3
Plainfield, IL 60585
(815) 370-5866
Our Job Serial Number: DPR-2015004074

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

